# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LEVORY W. HICKMON,

        Plaintiff,

-vs-　　　　　　　　　　　　　　　　　　　　　Case No. 6:06-cv-772-Orl-28JGG

KATHY LAWSHE, INMATE FINANCE OF SEMINOLE COUNTY CORRECTIONAL FACILITY,

        Defendant.

## ORDER

This case is before the Court on Motion for Leave to Proceed in Forma Pauperis (Doc. No. 2) filed June 6, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be denied and the case dismissed with prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed June 27, 2006 (Doc. No. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Leave to Proceed in Forma Pauperis is **DENIED**.

3. This case is dismissed with prejudice as frivolous pursuant to 28 U.S.C. §1915 (e)(2)(B).

4. Levory W. Hickman is enjoined from filing *pro se* any complaint alleging violation of his civil rights, unless the complaint alleges actual physical harm or that he is in imminent danger of serious physical injury. All other *pro se* complaints, motions or petitions (except those that challenge a conviction or sentencing), must be accompanied by a filing fee. Hickmon is directed to attach this Order to the initial pleading commencing a new law suit.

5. The Clerk is directed to screen all future filings by Levory W. Hickman to determine whether he has complied with the injunction and, if not, to notify the assigned judge.

6. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 27 day of July, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party